UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

ABC & S, Inc.
                    Plaintiff,

v.                                  Case No.: 1:13−cv−07480
                                          Honorable Edmond E. Chang

MacFarlane Group, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 26, 2014:

      MINUTE entry before the Honorable Edmond E. Chang: Plaintiff's motion to file part of the response under seal [51] is granted. However, Defendant shall file a position paper (not a motion, just a position paper) explaining why the designated materials (go one−by−one, exhibit−by−exhibit) should remain under seal. The position paper is due on 10/08/2014. If the position paper needs to make an argument (or arguments) that itself should be under seal, do so by filing an under−seal supplement as an attachment to the position paper. Additionally, Plaintiff must serve this entry on non−party American Web Loan Holdings, which must also file a position paper as described. The non−party's position paper is due by 10/15/2014. The Court will consider the reasons for sealing when considering the summary judgment motion. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.