# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ABC & S, INC., an Illinois corporation, d/b/a ABLUM BROWN & Co., | ) ) ) | Case No. 13-cv-7480 |
| Plaintiff, | ) ) | |
| vs. | ) ) | District Judge Chang |
| MACFARLANE GROUP, INC., a Nevada corporation, | ) ) ) | Magistrate Soat Brown |
| Defendant. | ) ) ) | BENCH TRIAL |

## AMERICAN WEB LOAN HOLDINGS, LLC'S POSITION PAPER REGARDING DOCUMENTS FILED UNDER SEAL

American Web Loan Holdings, LLC ("AWLH"), by its attorneys, provides the following position paper in response to the Court's Minute Entry dated September 26, 2014 [Doc. 56]:

AWLH designated the documents attached as Exhibits 5-7 and 18 as confidential pursuant to the Agreed Confidentiality Order agreed to by the parties and entered by the Court on January 27, 2014. [Doc. 18] Exhibits 1, 15 and 17 are documents produced by MacFarlane Group, Inc. ("MacFarlane") and designated as confidential by MacFarlane. AWLH takes no position as to the continued confidentiality of those documents. Exhibits 9-11 are documents produced by Medley Capital Corporation. AWLH has included its position on the confidentiality of those documents below.

### Exhibits 5, 6, 7, and 18

AWLH states that Exhibits 5, 6, 7 and 18 are all documents executed as part of the transaction at issue in this litigation and contain the confidential financial information of AWLH that would be subject to protection under Section 2(c) of the Agreed Confidentiality Order. AWLH requests that Exhibits 5, 6, 7, and 18 remain under seal.

**Exhibits 9 and 10**

AWLH states that Exhibits 9-11 are documents produced in response to a third-party subpoena to Medley Capital Corporation ("Medley"). While Medley designated those documents confidential, each document contains protected information of AWLH. Exhibit 9 and 10 are Investment Committee Memorandum created by Medley that include proprietary business information regarding the operations of AWLH that would be subject to protection under Section 2(b) of the Agreed Confidentiality Order. Exhibits 9 and 10 also contains detailed financial information regarding AWLH and projections regarding AWLH's future operations that would be subject to protection under Section 2(c) of the Agreed Confidentiality Order. AWLH requests that Exhibits 9 and 10 remain under seal.

**Exhibit 11**

AWLH states that Exhibit 17 contains a memorandum drafted by Medley that contains a summary of the terms and conditions of the financing Medley was to provide to AWLH including financial information of AWLH that would be subject to protection under Section 2(c) of the Agreed Confidentiality Order. Exhibit 17 also contains draft transaction documents that contain the financial information of AWLH that would be subject to protection under Section 2(c) of the Agreed Confidentiality Order. The final document in Exhibit 17 is an email with attachments that contain the financial information of AWLH that would be subject to protection under Section 2(c) of the Agreed Confidentiality Order. AWLH requests that Exhibit 11 remain under seal.

WHEREFORE, American Web Loan Holdings, LLC respectfully requests that the Court retain Exhibits 5, 6, 7 9, 10, 11 and 18 confidential under seal pursuant to the Agreed

Confidentiality Order entered in this action, and for such other and further relief as the Court deems proper.

Dated: October 17, 2014                  Respectfully submitted,

                 BRYAN CAVE LLP

By: /s/ Jennifer L. Berhorst
Brandy R. McMillion (IL Bar No. 6294679)
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
(312) 602-5141 (telephone)
(312) 698-7541 (facsimile)
brandy.mcmillion@bryancave.com

and

Robert J. Hoffman (admitted pro hac vice)
Jennifer L. Berhorst (admitted pro hac vice)
BRYAN CAVE, LLP
1200 Main Street, Suite 3500
Kansas City, Missouri 64105
(816) 374-3200 telephone
(816) 374-3300 facsimile
rjhoffman@bryancave.com
jennifer.berhorst@bryancave.com

ATTORNEYS FOR AMERICAN WEB LOAN HOLDINGS, LLC.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was on this 17th day of October 2014, served on all counsel of record via the Court's electronic filing system.

                 /s/ Jennifer L. Berhorst
                 Attorney for Third-Party