IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ABC & S, INC., an Illinois corporation, d/b/a ABLUM BROWN & Co., | ) ) ) |
| Plaintiff, | ) Case No. 13-cv-7480 ) |
| vs. | ) District Judge Chang ) |
| MACFARLANE GROUP, INC., a Nevada corporation, | ) Magistrate Soat Brown ) ) |
| Defendant. | ) ) |
| | ) BENCH TRIAL |

## AMERICAN WEB LOAN HOLDINGS, LLC'S SUPPLEMENTAL POSITION PAPER REGARDING DOCUMENTS FILED UNDER SEAL

American Web Loan Holdings, LLC ("AWLH"), by its attorneys, provides this supplemental position paper in response to the Court's Minute Entry dated September 26, 2014 [Doc. 56].

AWLH provided its initial statement as to Exhibit 5-7, 9-11 and 18 in its Position Paper filed October 17, 2014, which it incorporates herein by this reference. [Doc. 65]. After the filing of the Position Paper, an additional document was placed under seal by MacFarlane Group, Inc. ('MacFarlane") that was designated confidential by AWLH. AWLH provides this supplement to address the continued confidentiality of Exhibit K to MacFarlane's Statement of Undisputed Material Facts In Support of Its Motion for Summary Judgment [Doc. 43].

Exhibit K is an email chain between Thomas Ablum and Brian McGowan that was used as a deposition exhibit for Brian McGowan, the transcript of which was designated CONFIDENTIAL by counsel for MacFarlane due to the disclosure of proprietary business information and detailed financial information subject to protection under Sections 2(b) and 2(c) of the Agreed Confidentiality Order. As such, AWLH requests that Exhibit K remain under seal.

WHEREFORE, American Web Loan Holdings, LLC respectfully requests that the Court retain Exhibit K to MacFarlane's Statement of Undisputed Material Facts In Support of Its Motion for Summary Judgment [Doc. 43] under seal pursuant to the Agreed Confidentiality Order entered in this action, in addition to the Exhibits previously request in its original Position Paper, and for such other and further relief as the Court deems proper.

Dated:  December 1, 2014                                       Respectfully submitted,

                                                               BRYAN CAVE LLP


                                                               By:  /s/ Jennifer L. Berhorst
                                                               Brandy R. McMillion (IL Bar No. 6294679)
                                                               161 North Clark Street, Suite 4300
                                                               Chicago, Illinois 60601
                                                               (312) 602-5141 (telephone)
                                                               (312) 698-7541 (facsimile)
                                                               brandy.mcmillion@bryancave.com

                                                               and

                                                               Robert J. Hoffman (admitted pro hac vice)
                                                               Jennifer L. Berhorst (admitted pro hac vice)
                                                               BRYAN CAVE, LLP
                                                               1200 Main Street, Suite 3500
                                                               Kansas City, Missouri 64105
                                                               (816) 374-3200 telephone
                                                               (816) 374-3300 facsimile
                                                               rjhoffman@bryancave.com
                                                               jennifer.berhorst@bryancave.com

                                                               ATTORNEYS FOR AMERICAN WEB
                                                               LOAN HOLDINGS, LLC.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was on this 1st day of December 2014, served on all counsel of record via the Court's electronic filing system.

                                           */s/ Jennifer L. Berhorst*
                                           Attorney for Third-Party