IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

ABC & S, INC. d/b/a ABLUM
BROWN & CO.,

Plaintiff(s),

v.

MACFARLANE GROUP, INC.,

Defendant(s).

Case No. 13 C 7480
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐  in favor of plaintiff(s)
and against defendant(s)
in the amount of $    ,

which ☐ includes   pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐  in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

X  other: Judgment entered in favor of Defendant MacFarlane Group and against Plaintiff ABC & S, Inc. Case dismissed.

This action was *(check one)*:

☐  tried by a jury with Judge   presiding, and the jury has rendered a verdict.
☐  tried by Judge   without a jury and the above decision was reached.
X  decided by Judge Edmond E. Chang on a motion for summary judgment.

Date:  January 22, 2015                     Thomas G. Bruton, Clerk of Court

\s\Sandra Brooks , Deputy Clerk